# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| COLISHA BOYD, )<br><br>    Plaintiff, )<br>        )<br> v. )<br>        )<br> NATIONWIDE GENERAL INSURANCE )<br> COMPANY )<br>        )<br>    Defendant. )<br>        ) | No. 16-cv-2682-JPM-cgc |

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE**

Before the Court is the parties' joint Motion to Administratively Close the Case. (ECF No. 37.) Trial in this case was set to begin on August 14, 2017. (ECF No. 15.) On August 4, 2017, Defendant filed a Notice of Settlement. (ECF No. 35.) On August 8, 2017, Plaintiff filed a Notice of Bankruptcy. (ECF No. 36.) The parties now jointly move to administratively close the case, including a stay of all scheduling order and pretrial deadlines as well as the cancellation of the trial date. (ECF No. 37.) The parties reserve the right to file a motion to place the case back on the Court's docket should their efforts to finalize their settlement agreement be unsuccessful. (Id.)

For good cause shown, the parties' joint Motion to Administratively Close the Case is GRANTED. This matter is administratively CLOSED without prejudice to any party to move to reopen the case at such time as the parties require further action by the Court.

**IT IS SO ORDERED**, this 28th day of August, 2017.

                                             /s/ Jon P. McCalla
                                            JON P. McCALLA
                                            UNITED STATES DISTRICT COURT JUDGE